UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICAELA RENOJ PEREZ, an individual,

      Plaintiff,

 v.

CITY OF TUKWILA, d/b/a TUKWILA POLICE DEPARTMENT, a local government entity; and BRENT FRANK, an individual,

      Defendants.

No. 19-2-01930-1 KNT

**VERIFICATION OF COUNSEL**

I, RICHARD B. JOLLEY, state and verify as follows:

1. I am an attorney with the law firm of Keating, Bucklin & McCormack, Inc. P.S., and counsel for Defendants. I have personal knowledge of the facts set forth in this verification and am otherwise competent to testify to the matters set forth herein.

2. I verify that I reviewed the King County Superior Court docket for cause number 19-2-01930-1 and that the following exhibits A-G attached hereto are true and correct copies of all the records and proceedings that are on file with the Clerk of the King County Superior Court in this matter as of January 30, 2019.

 Exhibit A: Personal Injury Complaint

 Exhibit B: Summons

 Exhibit C: Case Information Cover Sheet

VERIFICATION OF COUNSEL - 1
19-2-01930-1 KNT
1002-01509/409012

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

Exhibit D:    Order Setting case Schedule-Civil

Exhibit E:    Affidavit/Declaration Certificate of Service

Exhibit F:    Notice of Appearance

Exhibit G:    Superior Court Notice of Removal

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  January 30, 2019

                       KEATING, BUCKLIN & McCORMACK, INC., P.S.


By:  */s/ Richard B. Jolley*
Richard B. Jolley, WSBA #23473
Attorney for Defendants

801 Second Avenue, Suite 1210
Seattle, WA  98104-1518
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: rjolley@kbmlawyers.com

VERIFICATION OF COUNSEL - 2
19-2-01930-1 KNT
1002-01509/409012

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

# DECLARATION OF SERVICE

I hereby certify that on January 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for**

Eric S. Nelson, WSBA #22065
Nelson Injury Law, PLLC
1001 4th Avenue, Suite 4400
Seattle, WA 98154-1192
T: (206) 812-8000
F: (206) 691-8731
Email: eric@nelsoninjurylaw.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A

DATED: January 30, 2019

*/s/ Christine Jensen Linder*
Christine Jensen Linder
Email: clinder@kbmlawyers.com

VERIFICATION OF COUNSEL - 3
19-2-01930-1 KNT
1002-01509/409012

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423