**EXHIBIT B**

FILED
2019 JAN 18 01:26 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 19-2-01930-1 KNT

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| MICAELA RENOJ PEREZ, an individual, | No. |
| Plaintiff, | |
| vs. | SUMMONS |
| CITY OF TUKWILA, d/b/a TUKWILA POLICE DEPARTMENT, a local governmental entity; and BRENT FRANK, an individual, | |
| Defendants. | |

TO:   The above-named defendants.

A lawsuit has been started against you in the above-entitled Court by the above-named plaintiff. The claim of the plaintiff is stated in the Complaint, a copy of which is served upon you with this Summons. In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing and serve a copy upon the undersigned attorneys within 20 days after service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. If you reside outside of the state of Washington you shall have 60 days in which to appear and answer this Complaint. A default judgment is one where a plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned attorneys, you are entitled to notice before a default judgment may be entered.

SUMMONS – 1

NELSON INJURY LAW, PLLC
1001 4TH AVENUE, STE. 4400
SEATTLE, WA 98154-1192
TEL: 206.812.8000/ FAX: 206.691-8731

1  You may demand that plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the undersigned. Within 14 days after you serve the demand, plaintiff must file this lawsuit with the court, or the service on you of this Summons and Complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 18th day of January, 2019.

NELSON INJURY LAW, PLLC

_____
Eric S. Nelson, WSBA #22065

SUMMONS – 2

NELSON INJURY LAW, PLLC
1001 4TH AVENUE, STE. 4400
SEATTLE, WA 98154-1192
TEL: 206.812.8000/ FAX: 206.691-8731