**EXHIBIT C**

```
                    FILED
            2019 JAN 18 01:26 PM
                KING COUNTY
           SUPERIOR COURT CLERK
                  E-FILED
          CASE #: 19-2-01930-1 KNT
```

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**FOR THE COUNTY OF KING**

| | |
|---|---|
| RENOJ PEREZ | No. 19-2-01930-1 KNT |
| vs | **CASE INFORMATION COVER SHEET AND AREA DESIGNATION** |
| CITY OF TUKWILA ET AL | (CICS) |

**CAUSE OF ACTION**

PIN - Personal Injury

**AREA OF DESIGNATION**

KNT     All of King County south of Interstate 90 except those areas included in the Seattle Case Assignment Area.