**EXHIBIT E**

FILED
2019 JAN 23
KING COUNTY
SUPERIOR COURT CLERK

CASE #: 19-2-01930-1 KNT

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | |
|---|---|
| **MICAELA RENOJ PEREZ, AN INDIVIDUAL**<br>Plaintiff/Petitioner<br><br>vs.<br><br>**CITY OF TUKWILA, D/B/A TUKWILA POLICE DEPARTMENT, A LOCAL GOVERNMENTAL ENTITY; ET AL.**<br>Defendant/Respondent | Cause No.:   **19-2-01930-1 KNT**<br>Hearing Date:<br><br>DECLARATION OF SERVICE OF<br>**SUMMONS; COMPLAINT FOR DAMAGES; ORDER SETTING CIVIL CASE SCHEDULE** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **22nd day of January, 2019** at **12:10 PM** at the address of **OFFICE OF THE CITY CLERK, 6200 SOUTHCENTER BLVD, TUKWILA, King County, WA 98188**; this declarant served the above described documents upon **CITY OF TUKWILA, D/B/A TUKWILA POLICE DEPARTMENT, A LOCAL GOVERNMENTAL ENTITY** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **Anna Le, DEPUTY CITY CLERK , PERSON AUTHORIZED TO ACCEPT, who accepted service, with identity confirmed by subject stating their name, an Asian female approx. 45-55 years of age, 5'4"-5'6" tall, weighing 80-120 lbs with black hair.**.
No information was provided or discovered that indicates that the subjects served are members of the United States military.

Service Fee Total: **$79.50**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

DATED _____ 1/22/19 _____

Timothy Peterson, Reg. # 9307747, King County

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 1

For: NELSON INJURY LAW, PLLC
Ref #: Renoj Perez v City of Tukwila

Tracking #: 0032306386

