**EXHIBIT F**

**FILED**
2019 JAN 29 02:53 PM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 19-2-01930-1 KNT

The Honorable Andrea Darvas

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

MICAELA RENOJ PEREZ, an individual,

                    Plaintiff,

    v.

CITY OF TUKWILA, d/b/a TUKWILA
POLICE DEPARTMENT, a local
government entity; and BRENT FRANK, an
individual,

                    Defendants.

No. 19-2-01930-1 KNT

NOTICE OF APPEARANCE

**(Clerk's Action Required)**

**TO:**        MICAELA RENOJ PEREZ, AN INDIVIDUAL, Plaintiff

**AND TO:**    ERIC S. NELSON, Attorney for Plaintiff

**AND TO:**    THE CLERK OF THE ABOVE-ENTITLED COURT

        YOU, AND EACH OF YOU, WILL PLEASE BE ADVISED that the undersigned appears as attorney of record for Defendants CITY OF TUKWILA, D/B/A TUKWILA POLICE DEPARTMENT, A LOCAL GOVERNMENT ENTITY; AND BRENT FRANK, AN INDIVIDUAL.  Defendants, without waiving any defects as to lack of jurisdiction over subject matter, lack of jurisdiction over person, improper venue, insufficiency of process, insufficiency of service of process, misjoinder or nonjoinder, hereby requests that any and all further pleadings or notices of any nature or kind whatsoever affecting the rights of said parties, except original process, be served upon the undersigned attorneys at the address stated below.

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

1

2   DATED:  January 29, 2019

3                                      KEATING, BUCKLIN & McCORMACK, INC., P.S.

4

5                                      By: */s/ Richard B. Jolley*

6                                      Richard B. Jolley, WSBA #23473
                                       Attorney for Defendants
7
                                       801 Second Avenue, Suite 1210
8                                      Seattle, WA  98104-1518
                                       Phone: (206) 623-8861
9                                      Fax:    (206) 223-9423
                                       Email: rjolley@kbmlawyers.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE - 2
19-2-01930-1 KNT
1002-01509/NOA-RBJ

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX:  (206) 223-9423

# DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on January 29, 2019, a true and correct copy of the foregoing document was served upon the parties listed below via the method indicated:

**Attorneys for**

Eric S. Nelson, WSBA #22065
Nelson Injury Law, PLLC
1001 4th Avenue, Suite 4400
Seattle, WA 98154-1192
T: (206) 812-8000
F: (206) 691-8731
Email:  eric@nelsoninjurylaw.com

☑ E-mail     ☐ United States Mail     ☐ Legal Messenger

DATED this 29ᵗʰ day of January, 2019, at Seattle, Washington.

*/s/ Christine Jensen Linder*
Christine Jensen Linder, Legal Assistant

NOTICE OF APPEARANCE - 3
19-2-01930-1 KNT
1002-01509/NOA-RBJ

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX:  (206) 223-9423