**EXHIBIT G**

FILED
2019 JAN 30 09:00 AM
KING COUNTY
SUPERIOR COURT CLERK
E-FILED
CASE #: 19-2-01930-1 KNT

The Honorable Andrea Darvas

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| MICAELA RENOJ PEREZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF TUKWILA, d/b/a TUKWILA POLICE DEPARTMENT, a local government entity; and BRENT FRANK, an individual,<br><br>　　　　　　Defendants. | No. 19-2-01930-1 KNT<br><br>**NOTICE OF REMOVAL**<br><br>**[CLERK'S ACTION REQUIRED]** |

TO:　　　　CLERK OF THE COURT,

AND TO:　　MICAELA RENOJ PEREZ, an individual, Plaintiff;

AND TO:　　Eric S. Nelson, Attorneys for Plaintiff

　　　　COMES NOW the Defendants, City of Tukwila, d/b/a Tukwila Police Department and Brent Frank, by and through its attorneys of record, Richard B. Jolley of Keating, Bucklin & McCormack, Inc., P.S., and hereby remove to the U.S. District Court, Western District of Washington at Seattle, the State court action described below.

　　　　1.　　On or about January 18, 2019, the Plaintiff, Micaela Renoj Perez, commenced an action in the Superior Court of the State of Washington in and for KING, captioned *Micaela Renoj Perez v. City of Tukwila, d/b/a Tukwila Police Department, a local government entity; and Brent Frank*, an individual (hereinafter "*Complaint*"). A true and

NOTICE OF REMOVAL - 1
19-2-01930-1 KNT
1002-01509/409002

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

correct copy of the *Complaint* is attached to this Notice of Removal and marked as **Exhibit A**. A copy of the *Complaint* is also included in the documents submitted with the Verification of Counsel. In Count IV, V and VI of the *Complaint*, Plaintiff alleges an excessive force and Monell claim against Defendants pursuant to 42 U.S.C. § 1983, which creates removal jurisdiction to federal court on a federal question basis.

2. With the filing of this Notice of Removal with the U.S. District Court, the Defendants will pay the $400 Federal Court filing and removal fee.

3. Because this matter is subject to nondiscretionary removal to the U.S. District Court, and this Notice of Removal has been timely filed, the instant lawsuit which is filed in the King Superior Court – the county Superior Court embraced by the District Court for the Western District of Washington – should be immediately removed to the District Court.

DATED: January 30, 2019

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Richard B. Jolley*
    Richard B. Jolley, WSBA #23473
Attorneys for Defendants

801 Second Avenue, Suite 1210
Seattle, WA 98104-1518
Telephone: (206) 623-8861
Fax: (206) 223-9423
Email: rjolley@kbmlawyers.com

[CLERK'S ACTION REQUIRED] - 2
19-2-01930-1 KNT
1002-01509/409002

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

# DECLARATION OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on January 30, 2019, a true and correct copy of the foregoing was served upon the parties listed below via the method indicated:

**Attorneys for**

Eric S. Nelson, WSBA #22065
Nelson Injury Law, PLLC
1001 4th Avenue, Suite 4400
Seattle, WA 98154-1192
T: (206) 812-8000
F: (206) 691-8731
Email: eric@nelsoninjurylaw.com

☑ E-mail
☐ United States Mail
☐ Legal Messenger
☐ Other Agreed E-Service

DATED this 30th day of January, 2019, at Seattle, Washington.

/s/ Christine Jensen Linder
Christine Jensen Linder, Legal Assistant

[CLERK'S ACTION REQUIRED] - 3
19-2-01930-1 KNT
1002-01509/409002

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423