THE HONORABLE ROBERT S. LASNIK
Trial Date: March 2, 2010

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICAELA RENOJ PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF TUKWILA, d/b/a TUKWILA POLICE DEPARTMENT, a local government entity; and BRENT FRANK, an individual,<br><br>Defendants. | No. 2:19-cv-00133<br><br>[~~PROPOSED~~]<br><br>STIPULATION FOR AND ORDER OF DISMISSAL<br><br>[CLERK'S ACTION REQUIRED] |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Micaela Renoj Perez and Defendants City of Tukwila, d/b/a Tukwila Police Department and Brent Frank that all of Plaintiff's claims against all Defendants may be dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated: 11/19/19            NELSON INJURY LAW, PLLC


/s/ Eric S. Nelson
Eric S. Nelson, WSBA #22065
Attorneys for Plaintiff

1001 4th Avenue, Suite 4400
Seattle, WA 98154-1192
Ph: (206) 812-8000 / Fax: (206) 691-8731
eric@nelsoninjurylaw.com
hillary@nelsoninjurylaw.com

STIPULATION FOR AND ORDER OF DISMISSAL - 1
2:19-cv-00133
1002-01509/468120.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Dated: __11/19/19__                    KEATING, BUCKLIN & McCORMACK, INC., P.S.


*/s/ Richard B. Jolley*
Richard B. Jolley, WSBA #23473
Attorneys for Defendants

801 Second Avenue, Suite 1210
Seattle, WA 98104
Ph.: (206) 623-8861 / FAX: (206) 223-9423
rjolley@kbmlawyers.com

## **ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS ORDERED that Plaintiff's claims against all Defendants are dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

DATED this 22nd day of November, 2019.

_____
THE HONORABLE ROBERT S. LASNIK

STIPULATION FOR AND ORDER OF DISMISSAL - 2
2:19-cv-00133
1002-01509/468120.docx

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423